JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELZE BLOCK,<br>      Petitioner,<br>   v.<br>BRIAN DUFFY,<br>      Respondent. | Case No. CV-15-2742 AG (KLS)<br>**JUDGMENT** |

Pursuant to the Court's Order Summarily Dismissing Petition For Writ Of Habeas Corpus For Lack Of Subject Matter Jurisdiction,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: September 30, 2015

_____
ANDREW J. GUILFORD
United States District Judge